NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
TrevorW. Barrett, Esq. (SBN 287174)
Benjamin F. Tookey (SBN 330508)
Nelson A. Campbell (SBN 357579)
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
(310) 590-1820

ATTORNEY(S) FOR: PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDAN RODRIGUEZ, et al.<br><br>Plaintiff(s),<br>v.<br>HYBE CO., LTD., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-04931<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for PLAINTIFFS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| **AIDAN RODRIGUEZ** | **PLAINTIFF** |
| **ADAM GOKCEBAY** | **PLAINTIFF** |
| **AUDREY ARMACOST** | **PLAINTIFF** |
| **MICHAEL CAMPANELLI** | **PLAINTIFF** |
| **HYBE CO., LTD.** | **DEFENDANT** |
| **HYBE MUSIC SERVICES, LLC** | **DEFENDANT** |
| **HYBE AMERICA INC.** | **DEFENDANT** |
| **ADOR CO., LTD.** | **DEFENDANT** |
| **KIN MIN-JI p/k/a “MINJI”** | **DEFENDANT** |
| **HANNI PHAM p/k/a “HANNI”** | **DEFENDANT** |
| **DANIELLE JUNE MARSH p/k/a “DANIELLE”** | **DEFENDANT** |
| **KANG HAE-RIN p/k/a “HAERIN”** | **DEFENDANT** |
| **LEE HYE-IN p/k/a “HYEIN”** | **DEFENDANT** |
| **UMG RECORDINGS, INC.** | **DEFENDANT** |
| **YG PLUS CO.** | **DEFENDANT** |
| **THE COCA-COLA COMPANY** | **DEFENDANT** |
| **BEASTS AND NATIVES CO. LTD.** | **DEFENDANT** |
| **OSCAR SCHELLER** | **DEFENDANT** |
| **ELVIRA ANDERFJARD p/k/a “ELVIRA”** | **DEFENDANT** |
| **STELLA ROSE BENNETT p/k/a “BENEE”** | **DEFENDANT** |
| **HO HYUNG LEE p/k/a “250”** | **DEFENDANT** |
| **TOVE BURMAN** | **DEFENDANT** |
| **SONY MUSIC PUBLISHING LLC** | **DEFENDANT** |
| **WARNER CHAPPELL MUSIC INC.** | **DEFENDANT** |
| **KOBALT MUSIC PUB AMERICA INC.** | **DEFENDANT** |
| **BMG RIGHTS MANAGEMENT US LLC** | **DEFENDANT** |
| **CONCORD MUSIC GROUP, INC.** | **DEFENDANT** |

05/07/2026
Date

*Isl* Trevor W. Barrett
Signature

Attorney of record for (or name of party appearing in pro per):

Trevor W. Barrett, Esq. - Attorney for Plaintiff