AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Central District of California

<table>
<tr>
<td>

AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; and MICHAEL CAMPANELLI, an individual,

<hr>
<em>Plaintiff(s)</em>
v.

HYBE CO., LTD.; [see Attachment #1]

<hr>
<em>Defendant(s)</em>
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.    2:26-cv-04931   MWF (BFMx)
</td>
</tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HYBE CO., LTD.; [see Attachment #1]

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Trevor W. Barrett, Esq.
> Benjamin F. Tookey, Esq.
> Nelson A. Campbell, Esq.
> DONIGER / BURROUGHS
> 603 Rose Avenue
> Venice, CA 90291

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date:  May 21, 2026

/s/ _____ *Jenny Lam* _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:26-cv-04931

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; and MICHAEL CAMPANELLI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HYBE CO., LTD.; HYBE MUSIC SERVICES, LLC; HYBE AMERICA INC.; ADOR CO., LTD.; KIN MIN-JI p/k/a "MINJI," an individual; HANNI PHAM p/k/a "HANNI," an individual; DANIELLE JUNE MARSH p/k/a "DANIELLE," an individual; KANG HAE-RIN p/k/a "HAERIN," an individual; LEE HYE-IN p/k/a "HYEIN," and individual; UMG RECORDINGS, INC.; YG PLUS CO.; THE COCA-COLA COMPANY, doing business as "COKE STUDIO";  BEASTS AND NATIVES CO. LTD d/b/a "BANA ENTERTAINMENT"; OSCAR SCHELLER, an individual; ELVIRA ANDERFJARD p/k/a | Case No. <br><br> **COMPLAINT FOR:** <br><br> 1. **DIRECT COPYRIGHT INFRINGEMENT** <br> 2. **VICARIOUS COPYRIGHT INFRINGEMENT** <br> 3. **ACCOUNTING** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

1

COMPLAINT

"ELVIRA," an individual; STELLA ROSE BENNETT p/k/a "BENEE," an individual; HO HYUNG LEE p/k/a "250," an individual; TOVE BURMAN, an individual; SONY MUSIC PUBLISHING LLC; WARNER CHAPPELL MUSIC INC.; KOBALT MUSIC PUB AMERICA INC.; BMG RIGHTS MANAGEMENT US LLC; CONCORD MUSIC GROUP, INC.; and DOES 1-10,

Defendants.

Plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost, and Michael Campanelli, through counsel, hereby pray to this Court for relief based on the following:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a)-(b), 1367(a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. At all relevant times, Aidan Rodriguez, a Grammy-nominated producer and songwriter, resides in Los Angeles, California. Rodriguez regularly works with internationally renowned artists such as Lucky Daye and Khalid.

5. At all relevant times, Adam Gokcebay, a songwriter and talent manager/A&R who has worked with multi-platinum producers, resides in Los Angeles, California.

6. At all relevant times, Audrey Armacost, a singer and songwriter with millions of subscribers and hundreds of millions of views on YouTube alone, resides in