Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; and MICHAEL CAMPANELLI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HYBE CO., LTD.; HYBE MUSIC SERVICES, LLC; HYBE AMERICA INC.; ADOR CO., LTD.; KIN MIN-JI p/k/a "MINJI," an individual; HANNI PHAM p/k/a "HANNI," an individual; DANIELLE JUNE MARSH p/k/a "DANIELLE," an individual; KANG HAE-RIN p/k/a "HAERIN," an individual; LEE HYE-IN p/k/a "HYEIN," and individual; UMG RECORDINGS, INC.; YG PLUS CO.; THE COCA-COLA COMPANY, doing business as "COKE STUDIO";  BEASTS AND NATIVES CO. LTD d/b/a "BANA ENTERTAINMENT"; OSCAR SCHELLER, an individual; ELVIRA ANDERFJARD p/k/a | Case No. 2:26-cv-04931-MWF-BFM <br><br> **NOTICE OF ERRATA** |

"ELVIRA," an individual; STELLA ROSE BENNETT p/k/a "BENEE," an individual; HO HYUNG LEE p/k/a "250," an individual; TOVE BURMAN, an individual; SONY MUSIC PUBLISHING LLC; WARNER CHAPPELL MUSIC INC.; KOBALT MUSIC PUB AMERICA INC.; BMG RIGHTS MANAGEMENT US LLC; CONCORD MUSIC GROUP, INC.; SARAH AARONS, and individual; and DOES 1-10,

Defendants.

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby provide Notice of Errata in their Complaint filed on May 7, 2026, under Docket No. 1. The Complaint inadvertently omits Defendant Sarah Aarons from the caption of the Complaint, although Sarah Aarons is named as a Defendant in the allegations of the Complaint. Sarah Aarons is included in the caption of this Notice.

Respectfully submitted,

Dated: July 1, 2026

By: /s/ *Trevor W. Barrett*
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
Nelson A. Campbell, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

NOTICE OF ERRATA