Rebecca Mandel (State Bar No. 340990)
rmandel@pryorcashman.com
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

*Attorneys for Defendants*
*Hybe Co., HMS, HBA, UMG, TCCC, SMP, Concord and Aarons*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; MICHAEL CAMPANELLI, an individual,

Plaintiffs,

vs.

HYBE CO., LTD.; et al.,

Defendants.

Case No. 2:26-cv-04931-MWF-BFM

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

*Supporting Declaration and [Proposed] Order submitted concurrently herewith*

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**STIPULATION**

Pursuant to this Court's Local Rule 8-3, plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost and Michael Campanelli (collectively, "Plaintiffs") and defendants Hybe Co., Ltd. ("Hybe Co."), Hybe Music Services, LLC ("HMS"), Hybe America Inc. ("HBA"), UMG Recordings, Inc. ("UMG"), The Coca-Cola Company *d/b/a* Coke Studio ("TCCC"), Sony Music Publishing (US) LLC (incorrectly sued as Sony Music Publishing LLC, "SMP"), Warner Chappell Music Inc. ("Warner"), Kobalt Music Pub America Inc. ("Kobalt"), Concord Music Group, Inc. ("Concord"), and Sarah Aarons ("Aarons") (collectively, "Defendants") agree and stipulate as follows:

1. Plaintiffs filed their Complaint in this action on May 7, 2026.

2. SMP and Aarons waived service on June 26, 2026.

3. Plaintiffs served Hybe Co. and HBA on July 14, 2026.

4. Plaintiffs served HMS, Kobalt, Concord, TCCC and UMG on July 15, 2026.

5. Plaintiffs served Warner on August 14, 2026.

6. Pursuant to a prior stipulation granted by the Court, Defendants' responses to the Complaint are also currently due on October 27, 2026. (ECF 30.)

7. The parties have agreed to extend the time for Defendants to respond to the Complaint until November 30, 2026. There is good cause for this extension. The parties have had multiple conversations regarding a potential resolution of this matter, and those discussions are ongoing. The parties intend to use the additional time to continue exploring resolution, which requires significant coordination among Plaintiffs and the various defendants and their sets of counsel. The parties further intend to use the additional time to meet and confer pursuant to LR 7-3 in advance of any potential motion practice, which may narrow or eliminate the issues requiring the Court's attention.

8. Therefore, upon approval by the Court, it is hereby stipulated by and between the parties, through the undersigned counsel, that Defendants may have up to

and including November 30, 2026 to answer, move or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated: October 20, 2026

**DONIGER / BURROUGHS**

By: */s/ Benjamin Tookey*
Benjamin Tookey
*btookey@donigerlawfirm.com*

*Attorneys for Plaintiffs*

Dated: October 20, 2026

**PRYOR CASHMAN LLP**

By: */s/ Rebecca Mandel*
Rebecca Mandel
*rmandel@pryorcashman.com*

*Attorneys for Hybe Co., HMS, HBA, UMG, TCCC, SMP, Concord and Aarons*

Dated: October 20, 2026

**WARNER CHAPPELL MUSIC INC.**

By: */s/ Tim Meade*
Tim Meade
*Tim.Meade@warnerchappell.com*

*Attorneys for Warner*

Dated: October 20, 2026

**KOBALT MUSIC PUB AMERICA INC.**

By: */s/ Jim Arnay*
Jim Arnay
*jim.arnay@kobaltmusic.com*

*Attorneys for Kobalt*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: October 20, 2026 By: */s/ Rebecca Mandel*

Rebecca Mandel
*rmandel@pryorcashman.com*