Rebecca Mandel (State Bar No. 340990)
rmandel@pryorcashman.com
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

*Attorneys for Defendants*
*Hybe Co., HMS, HBA, UMG, TCCC, SMP, Concord and Aarons*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; MICHAEL CAMPANELLI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HYBE CO., LTD; et al.,<br><br>Defendants. | Case No. 2:26-cv-04931-MWF-BFM<br><br>**DECLARATION OF REBECCA MANDEL IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>*Stipulation and [Proposed] Order submitted concurrently herewith* |

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**DECLARATION OF REBECCA MANDEL**

I, Rebecca Mandel, hereby declare as follows:

1. I am an attorney with the law firm of Pryor Cashman LLP, counsel for Hybe Co., Ltd. ("Hybe Co."), Hybe Music Services, LLC ("HMS"), Hybe America Inc. ("HBA"), UMG Recordings, Inc. ("UMG"), The Coca-Cola Company *d/b/a* Coke Studio ("TCCC"), Sony Music Publishing (US) LLC (incorrectly sued as Sony Music Publishing LLC, "SMP"), Concord Music Group, Inc. ("Concord") and Sarah Aarons ("Aarons"). I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and if called upon to do so I could and would competently testify thereto.

2. I submit this Declaration in support of the concurrently filed stipulation between plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost and Michael Campanelli (collectively, "Plaintiffs") and defendants Hybe Co., HMS, HBA, UMG, TCCC, SMP, Concord, Aarons, Warner Chappell Music Inc. ("Warner"), and Kobalt Music Pub America Inc. ("Kobalt") (collectively, "Defendants") to extend the time for those defendants to respond to the Complaint in this action.

3. Plaintiffs filed their Complaint in this action on May 7, 2026.

4. SMP and Aarons waived service on June 26, 2026.

5. Plaintiffs served Hybe Co. and HBA on July 14, 2026.

6. Plaintiffs served HMS, Kobalt, Concord, TCCC and UMG on July 15, 2026.

7. Plaintiffs served Warner on August 14, 2026.

8. Pursuant to a prior stipulation granted by the Court, the Defendants' responses to the Complaint are currently due on October 27, 2026. (ECF 30.)

9. The parties have agreed to extend the time for Defendants to respond to the Complaint until November 30, 2026. There is good cause for this extension. The parties have had multiple conversations regarding a potential resolution of this matter, and those

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

discussions are ongoing. The parties intend to use the additional time to continue exploring resolution, which requires significant coordination among Plaintiffs and the various defendants and their sets of counsel. The parties further intend to use the additional time to meet and confer pursuant to LR 7-3 in advance of any potential motion practice, which may narrow or eliminate the issues requiring the Court's attention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 20, 2026

*/s/ Rebecca Mandel*
Rebecca Mandel
*rmandel@pryorcashman.com*