Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; MICHAEL CAMPANELLI, an individual,

Plaintiffs,

vs.

HYBE CO., LTD; et al.,

Defendants.

Case No. 2:26-cv-04931-MWF-BFM

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**ORDER**

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties thereto, defendants Hybe Co., Ltd.; Hybe Music Services, LLC; Hybe America Inc.; UMG Recordings, Inc.; The Coca-Cola Company *d/b/a* Coke Studio; Sony Music Publishing (US) LLC; Warner Chappell Music Inc.; Kobalt Music Pub America Inc.; Concord Music Group, Inc.; and Sarah Aarons, shall have up to and including November 30, 2026 to answer, move or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.

Dated: _____________, 2026 By: ________________________________

Honorable Michael W. Fitzgerald
United States District Judge