**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDAN RODRIGUEZ, et al.,<br>Plaintiffs,<br>v.<br>HYBE CO., LTD., et al.,<br>Defendants. | Case No. CV 26-4931-MWF(BFMx)<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

The Court has considered the Stipulation to Extend Time to Respond to Complaint (the "Stipulation") filed by Plaintiffs Aidan Rodriguez, Adam Bokcebay, Audrey Armacost, and Michael Campanelli ("Plaintiffs") and Defendants Hybe Co., Ltd.; Hybe Music Services, LLC; Hybe America Inc.; UMG Recordings, Inc.; The Coca-Cola Company d/b/a Coke Studio; Sony Music Publishing (US) LLC; Warner Chappell Music Inc.; Kobalt Music Pub America Inc.; Concord Music Group, Inc.; and Sarah Aarons ("Defendants"). (Docket No. 32). For good cause shown, the Court GRANTS the Stipulation. Defendants' response to Plaintiffs' Complaint shall be due no later than November 30, 2026.

IT IS SO ORDERED.

Dated: October 21, 2026

MICHAEL W. FITZGERALD
United States District Judge