**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| Benjamin F. Tookey (SBN 330508)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>TELEPHONE NO.: 310-590-1820 FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* btookey@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |
| **UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 350 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: U.S.D.C. - Central District of California | |
| PLAINTIFF/PETITIONER: Aidan Rodriguez, et al.,<br>DEFENDANT/RESPONDENT: Hybe Co., Ltd., et al., | CASE NUMBER:<br>2:26-cv-04931-MWF-BFM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Case Assignment, Notice re Magistrate Judge, Notice re ADR
3. a. Party served *(specify name of party as shown on documents served):*
   ADOR CO., LTD., a Korean limited corporation

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   LEE DO-KYUNG (CEO)
4. Address where the party was served:
   Yongsan Trade Center, 42 Hangang-Daero, 16th Floor, Seoul-Si Yongsan-Gu, KR, 04389
5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: <br> DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):* 10/21/2026 (2) from *(city):* Venice, CA
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [x] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* ADOR CO.,LTD., a Korean limited corporation
   under the following Code of Civil Procedure section:

   [x] 416.10 (corporation) [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity) [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**
   a. Name: London L. Zamora
   b. Address: 603 Rose Avenue, Venice, CA 90291
   c. Telephone number: 310-590-1820
   d. **The fee** for service was: $ 0
   e. I am:
   (1) [x] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] a registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/26/2026

London L. Zamora
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

London L Zamora
(SIGNATURE)



For your protection and privacy, please press the Clear This Form button after you have printed the form.
Print this form Save this form Clear this form

October 27, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 879022651020

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | M.AILROOM | **Delivery Location:** | YONGSAN TRADE CENTER 42 HANGAN |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required;<br>Airbill Automation | | SEOUL-SI YONGSAN-GU, 04389 |
| | | **Delivery date:** | Oct 23, 2026 13:46 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 879022651020 | **Ship Date:** | Oct 21, 2026 |
| | | **Weight:** | 0.8 LB/0.36 KG |

**Recipient:**
LEE DO-KYUNG, ADOR CO., LTD.
YONGSAN TRADE CENTER
42 HANGANG-DAERO
16th Floor
SEOUL-SI YONGSAN-GU, KR, 04389

**Shipper:**
C.CLOUD, DONIGER/BURROUGHS PC
603 ROSE AVENUE
LOSANGELES, CA, US, 90291

**Reference** S C_RodriguezvAdorCo_102126



Thank you for choosing FedEx