**POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Benjamin F. Tookey (SBN 330508)
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
TELEPHONE NO.: 310-590-1820 FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* btookey@donigerlawfirm.com
ATTORNEY FOR *(Name):* Plaintiffs

***FOR COURT USE ONLY***

**UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 350 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: U.S.D.C. - Central District of California

PLAINTIFF/PETITIONER: Aidan Rodriguez, et al.,
DEFENDANT/RESPONDENT: Hybe Co., Ltd., et al.,

CASE NUMBER: 2:26-cv-04931-MWF-BFM

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Case Assignment, Notice re Magistrate Judge, Notice re ADR
3. a. Party served *(specify name of party as shown on documents served):*
   YG Plus Co., a Korean corporation
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Yang Min-suk (President/CEO)
4. Address where the party was served:
   7 Huiujeong-Ro 1-Gil, Seoul-Si Mapo-Gu, KR, 04028
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* 10/21/2026 (2) from *(city):* Venice, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [x] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [x] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. [ ] as an individual defendant.

   b. [ ] as the person sued under the fictitious name of *(specify):*

   c. [ ] as occupant.

   d. [x] On behalf of *(specify):* YG Plus Co., a Korean corporation
   under the following Code of Civil Procedure section:

   [x] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**

   a. Name: London L. Zamora

   b. Address: 603 Rose Avenue, Venice, CA 90291

   c. Telephone number: 310-590-1820

   d. **The fee** for service was: $ 0

   e. I am:

   (1) [x] not a registered California process server.

   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

   (3) [ ] a registered California process server:

   (i) [ ] owner [ ] employee [ ] independent contractor.

   (ii) Registration No.:

   (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   **or**

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/26/2026

London L. Zamora
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

London L Zamora
(SIGNATURE)



**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form Save this form Clear this form

October 27, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 879020926171

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | K.DONGWAN | **Delivery Location:** | 7 HUIUJEONG-RO 1-GIL |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required;<br>Airbill Automation | | SEOUL-SI MAPO-GU, 04028 |
| | | **Delivery date:** | Oct 23, 2026 15:23 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 879020926171 | **Ship Date:** | Oct 21, 2026 |
| | | **Weight:** | 0.8 LB/0.36 KG |

**Recipient:**
YANG MIN-SUK, YG PLUS CO
7 HUIUJEONG-RO 1-GIL
SEOUL-SI MAPO-GU, KR, 04028

**Shipper:**
C.CLOUD, DONIGER/BURROUGHS PC
603 ROSE AVENUE
LOSANGELES, CA, US, 90291

**Reference** S C_RodriguezvYGPlusCo



Thank you for choosing FedEx