Rebecca Mandel (State Bar No. 340990)
rmandel@pryorcashman.com
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

*Attorneys for Defendants ADOR Co., Ltd. and YG Plus Co.*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; MICHAEL CAMPANELLI, an individual,

Plaintiffs,

vs.

HYBE CO., LTD; et al.,

Defendants.

Case No. 2:26-cv-04931-MWF-BFM

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint filed:
May 7, 2026

Complaint purportedly served:
October 23, 2026

Current response dates:
November 13, 2026

New response date:
December 11, 2026

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**STIPULATION**

Pursuant to this Court's Local Rule 8-3, plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost and Michael Campanelli (collectively, "Plaintiffs") and defendants ADOR Co., Ltd. and YG Plus Co. (the "Defendants") (together, the "Parties") agree and stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on May 7, 2026;

WHEREAS, Plaintiffs' as-filed proofs of service reflect that Plaintiffs purportedly served Defendants on October 23, 2026 and their responses are currently due November 13, 2026 (ECF Nos. 34-36);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, pursuant to Local Rule 8-3, the deadline for Defendants to answer, move or otherwise respond to the complaint in this matter shall be extended up to and including December 11, 2026. All defenses are hereby reserved by Defendants, including but not limited to all defenses available under Rule 12 of the Federal Rules of Civil Procedure. As the stipulation does not extend the time for Defendants' responses by more than thirty (30) days, approval by the Court is not required.

IT IS SO STIPULATED.

**PRYOR CASHMAN LLP**

Dated: November 13, 2026 By: */s/ Rebecca Mandel*

Rebecca Mandel
*rmandel@pryorcashman.com*

*Attorneys for Defendants*

**DONIGER / BURROUGHS**

Dated: November 13, 2026 By: */s/ Benjamin Tookey*

Benjamin Tookey
*btookey@donigerlawfirm.com*

*Attorneys for Plaintiffs*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**ATTESTATION REGARDING SIGNATURES**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 13, 2026 By: */s/ Rebecca Mandel*

Rebecca Mandel
*rmandel@pryorcashman.com*