**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDAN RODRIGUEZ, et al.,<br>Plaintiffs,<br>v.<br>HYBE CO., LTD., et al.,<br>Defendants. | Case No. CV 26-4931-MWF(BFMx)<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT BEASTS AND NATIVES ALIKE CO., LTD. TO RESPOND TO COMPLAINT |

The Court has considered the Stipulation to Extend Time for Defendant Beasts and Natives Alike Co., Ltd. to Respond to Complaint (the "Stipulation"). (Docket No. 38). For good cause shown, the Court GRANTS the Stipulation. The deadline for Defendant Beasts and Natives Alike Co., Ltd. to respond to Plaintiffs' Complaint is EXTENDED from November 13, 2026, to December 14, 2026.

IT IS SO ORDERED.

Dated: November 16, 2026

MICHAEL W. FITZGERALD
United States District Judge