Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDAN RODRIGUEZ, et al,<br><br>Plaintiff,<br><br>v.<br><br>HYBE CO., LTD., et al,<br><br>Defendants. | Case No. 2:26-cv-04931-MWF-BFM<br><br>**STIPULATION TO PERMIT FILING OF AMENDED COMPLAINT** |

Plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost, and Michael Campanelli (collectively, "Plaintiffs"); and Defendants Hybe Co., Ltd.; Hybe Music Services, LLC; Hybe America Inc.; UMG Recordings, Inc.; The Coca-Cola Company; Sony Music Publishing (US) LLC; Warner Chappell Music, Inc.; Kobalt Music Pub America Inc.; Concord Music Group, Inc.; Sarah Aarons; ADOR Co., Ltd.; and YG Plus Co. (collectively, "Defendants"), agree and stipulate as follows:

WHEREAS, pursuant to various filed stipulations between Plaintiffs and Defendants, respectively (*see* ECF Nos. 32 (stipulation), 33 (order granting stipulation), and 37 (stipulation)), the current deadlines to respond to the Complaint are November 30, 2026 and December 11, 2026;

WHEREAS, on November 19, 2026, counsel for certain Defendants met and conferred with counsel for Plaintiffs pursuant to Local Rule 7-3 about their forthcoming motions to dismiss;

WHEREAS, in an attempt to avoid unnecessary expense and motion practice related to the Complaint where possible, and to align all Defendants' response deadlines, Plaintiffs and Defendants agreed to enter into this stipulation with respect to the amendment of Plaintiff's Complaint;

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file an amended complaint is up to and including January 6, 2027, and the deadline for each of the Defendants to file a response to the amended complaint is up to and including January 27, 2027. All defenses are hereby reserved by Defendants, including but not limited to all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

SO STIPULATED.

Dated: November 25, 2026

**DONIGER / BURROUGHS**

By: <u>*/s/ Benjamin Tookey*</u>
Benjamin Tookey
*btookey@donigerlawfirm.com*

*Attorneys for Plaintiffs*

Dated: November 25, 2026

**PRYOR CASHMAN LLP**

By: */s/ Rebecca Mandel*
Rebecca Mandel
*rmandel@pryorcashman.com*

*Attorneys for Hybe Co., HMS, HBA, TCCC, SMP, Concord and Aarons*

Dated: November 25, 2026

**UMG RECORDINGS, INC.**

By: */s/ JoAn Cho*
JoAn Cho
*JoAn.Cho@umusic.com*

*Attorneys for UMG*

Dated: November 25, 2026

**WARNER CHAPPELL MUSIC INC.**

By: */s/ Tim Meade*
Tim Meade
*Tim.Meade@warnerchappell.com*

*Attorneys for Warner*

Dated: November 25, 2026

**KOBALT MUSIC PUB AMERICA INC.**

By: */s/ Jim Arnay*
Jim Arnay
*jim.arnay@kobaltmusic.com*

*Attorneys for Kobalt*

## ATTESTATION OF FILER

The filer of this document on the Court's CM/ECF system hereby attests that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.