MANATT, PHELPS & PHILLIPS, LLP
Robert A. Jacobs (Bar No. CA 160350)
RJacobs@manatt.com
Sarah E. Moses (Bar No. CA 291491)
SMoses@manatt.com
Savannah L. Levin (Bar No. CA 347929)
SLevin@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys* for *Defendant*
BMG RIGHTS MANAGEMENT (UK) LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AIDAN RODRIGUEZ, an individual; ADAM GOKCEBAY, an individual; AUDREY ARMACOST, an individual; and MICHAEL CAMPANELLI, an individual,

Plaintiffs,

v.

HYBE CO., LTD.; HYBE MUSIC SERVICES, LLC; HYBE AMERICA INC.; ADOR CO., LTD.; KIN MIN-JI p/k/a "MINJI," an individual; HANNI PHAM p/k/a "HANNI," an individual; DANIELLE JUNE MARSH p/k/a "DANIELLE," an individual; KANG HAE-RIN p/k/a "HAERIN," an individual; LEE HYE-IN p/k/a "HYEIN," and individual; UMG RECORDINGS, INC.; YG PLUS CO.; THE COCA-COLA COMPANY, doing business as "COKE STUDIO"; BEASTS AND NATIVES CO. LTD d/b/a "BANA ENTERTAINMENT"; OSCAR SCHELLER, an individual; ELVIRA ANDERFJARD p/k/a "ELVIRA," an individual; STELLA ROSE BENNETT p/k/a "BENEE," an individual; HO HYUNG LEE p/k/a "250," an individual; TOVE BURMAN, an individual; SONY MUSIC PUBLISHING LLC; WARNER CHAPPELL MUSIC INC.; KOBALT MUSIC PUB AMERICA INC.; BMG RIGHTS MANAGEMENT US LLC; CONCORD MUSIC GROUP, INC.; and DOES 1-10 ,

Defendants.

Case No. 2:26-cv-04931-MWF-BFM

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT BMG RIGHTS MANAGEMENT (UK) LIMITED TO RESPOND TO COMPLAINT**

Complaint served: July 29, 2026
Current response date: November 26, 2026
New response date: December 28, 2026

Plaintiffs Aidan Rodriguez, Adam Gokcebay, Audrey Armacost, and Michael Campanelli (collectively, "Plaintiffs"), on the one hand, and Defendant BMG Rights Management (UK) Limited[1] ("BMG," and together with Plaintiffs, the "Parties"), on the other, hereby stipulate to extend BMG's deadline to respond to Plaintiffs' Complaint by 32 days to December 28, 2026. This is the Parties' second such request to this Court.

This Stipulation is based on the following facts:

WHEREAS, on May 7, 2026, Plaintiffs filed their initial Complaint;

WHEREAS, on July 21, 2026, Plaintiffs filed a Proof of Service purportedly demonstrating service on BMG Rights Management US LLC on July 15, 2026;

WHEREAS, on August 3, 2026, Plaintiffs filed their Notice of Withdrawal of Proof of Service Re Defendant BMG Rights Management US LLC (Dkt. 15) on the basis that Plaintiffs had inadvertently named and served the incorrect entity;

WHEREAS, on July 29, 2026, BMG executed a Waiver of the Service of Summons, making BMG's deadline to respond to the Complaint October 27, 2026;

WHEREAS, on October 20, 2026, Plaintiffs and BMG filed a joint stipulation to extend BMG's deadline to respond to Plaintiffs' Complaint by 30 days under Local Rule 8-3, making the new deadline November 26, 2026 (Dkt. 31);

WHEREAS, good cause exists to extend BMG's deadline to respond to the Complaint by 32 days because the Parties have agreed to settle this matter and the settlement agreement has been finalized but one signature remains outstanding. Once the settlement agreement is fully executed and consummated, Plaintiffs will promptly file a notice of dismissal as to BMG and defendant Oscar Scheller, thereby avoiding unnecessary litigation costs and conserving judicial resources. (Declaration of Robert A. Jacobs ¶ 2);

WHEREAS, Plaintiffs, on the one hand, and BMG, on the other, agree that BMG's deadline to respond to the Complaint may be extended from November 26, 2026 to

---

[1] BMG Rights Management (UK) Limited was erroneously named as "BMG Rights Management US LLC" in the Complaint.

December 28, 2026, so that the Parties can gather the final signature for the settlement agreement and consummate the settlement between them and Plaintiffs can subsequently file a notice of dismissal as to BMG and defendant Oscar Scheller, which they anticipate completing prior to December 28, 2026;

WHEREAS, this is the Parties' second request to this Court to extend the deadline to respond to Plaintiffs' Complaint. *Id.* ¶ 3.

NOW THEREFORE, Plaintiffs and BMG hereby stipulate that BMG's deadline to answer or otherwise respond to Plaintiffs' Complaint may be extended to December 28, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 25, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Robert A. Jacobs*
Robert A. Jacobs
Sarah E. Moses
Savannah L. Levin

*Attorneys for Defendant*
BMG Rights Management (UK) Limited

Dated: November 25, 2026

DONIGER / BURROUGHS

By: */s/ Benjamin F. Tookey*
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
Nelson A. Campbell, Esq.

*Attorneys for Plaintiffs*
Aidan Rodriguez, Adam Gokcebay, Audrey Armacost, and Michael Campanelli

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. L.R. 5-4.3.4(a)(2).

Dated: November 25, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Robert A. Jacobs*
Robert A. Jacobs
Sarah E. Moses
Savannah L. Levin

*Attorneys for Defendant*
BMG Rights Management (UK) Limited